**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Case No. 13-21952-RAM
Chapter 7

RIGOBERTO MONTERO
SS #XXX-XX-2983

Debtor(s) /

## NOTICE OF DEPOSIT OF FUNDS

Notice is hereby given that:

(X) The trustee has a balance of $6,833.09 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $________ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 3rd day of May, 2017, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

Drew M. Dillworth, Trustee
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
Telephone: (305) 789-3598
Fax: (305) 789-3395

**MONTERO, RIGOBERTO**
**13-21952-RAM**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| | | |
| 1 | DEPARTMENT OF THE TREASURY | $100.00 |
| 1 | DEPARTMENT OF THE TREASURY (interest) | $0.40 |
| | RIGOBERTO MONTERO | $6,732.69 |